IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINETTE JOHNSON, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 19-4264-KSM |

## ORDER

**AND NOW**, this 13th day of April, 2021, upon consideration of the parties' Joint Motion for an Order Certifying the Plaintiff Collective and Preliminarily Approving the Settlement Agreement and Release and Notice (Doc. No. 37) and the parties' oral arguments in support thereof, and for the reasons explained in the accompanying memorandum, it is **ORDERED** as follows:

1. The parties' Joint Motion (Doc. No. 37) is **GRANTED**.

2. This matter may proceed as a collective action.

3. The parties' settlement agreement is preliminarily approved.

4. The Employment Law Firm of Pennsylvania is appointed as counsel for the collective. Counsel is authorized to act on behalf of the collective with respect to all acts or consents required by, or which may be given pursuant to, the settlement, and such other acts reasonably necessary to consummate the settlement.

5. The form and content of the amended settlement notice form and settlement check distribution form (Doc. No. 41) are approved.

6.  Any members of the collective may object to the proposed settlement by filing written objections with the Court prior to the final approval hearing, or by appearing and being heard at the final approval hearing.

7.  The Court will hold a final approval hearing on **June 1, 2021** at **10:00 a.m.** in Courtroom 8A to consider whether to grant final approval to the parties' settlement agreement.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.