IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**LYNETTE JOHNSON, et al.**,

        Plaintiffs,

  v.

**THE CITY OF PHILADELPHIA**,

        Defendant.

Civil Action No. 19-4264

## O R D E R

**AND NOW**, this _____ day of _____, 2021, upon consideration of Defendant the City of Philadelphia's Motion for Final Certification of the Collective and Final Approval of Settlement Agreement, it is hereby **ORDERED** that the collective, as preliminarily certified (see ECF No. 43), is hereby finally certified.

It is further **ORDERED** that the Settlement Agreement preliminarily approved by Order of the Court on April 13, 2021 (see ECF No. 43) is hereby **APPROVED** by the Court.

It is further **ORDERED** that this action is dismissed pursuant to Local Rule 41.1B.

                              **BY THE COURT:**

                              _____

                                           Marston, J.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LYNETTE JOHNSON, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **THE CITY OF PHILADELPHIA**, <br><br> Defendant. | Civil Action No. 19-4264 |

### DEFENDANT THE CITY OF PHILADELPHIA'S MOTION FOR FINAL CERTIFICATION OF THE COLLECTIVE AND FINAL APPROVAL OF SETTLEMENT AGREEMENT

Defendant the City of Philadelphia, by and through counsel, respectfully moves this Honorable court to issue final certification of the collective and final approval of the settlement agreement resolving the instant matter, as preliminarily certified and preliminarily approved by the Court on April 13, 2021 (ECF No. 43). In support, Defendant avers as follows:

1. The collective comprising this matter was preliminarily certified by the Court on April 13, 2021.

2. Since preliminary certification, the collective class has not increased or decreased in number.

3. The Settlement Agreement between the parties was preliminarily approved by the Court on April 13, 2021.

4. During the period of preliminary approval, Defendant's offer of settlement and the terms and conditions of said offer have not changed in any way.

5. The factors that led the parties to resolve this matter through settlement remain unchanged. See Opinion of the Court, 4/13/21 (ECF No. 42) (discussing the requirements for preliminary approval and how the parties met them in this matter).

6. Defendant the City of Philadelphia respectfully requests this Honorable Court certify the collective and issue final approval of the Settlement Agreement resolving this matter and enter an Order in the form of the proposed order attached hereto.

**WHEREFORE**, Defendant the City of Philadelphia respectfully moves this Honorable Court to certify the collective and issue final approval of the Settlement Agreement between the parties as a fair and reasonable resolution of bona fide disputes under the Fair Labor Standards Act of 1938 (codified at 29 U.S.C. § 201) and to dismiss this action as resolved pursuant to Local Rule 41.1B.

Respectfully submitted,

**CITY OF PHILADELPHIA
LAW DEPARTMENT**

/s/ Daniel R. Unterburger
DANIEL R. UNTERBURGER
Assistant City Solicitor
1515 Arch Street, 16th Floor
Philadelphia, PA 19102
215.683.5080

Dated: June 1, 2021    daniel.unterburger@phila.gov

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LYNETTE JOHNSON, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **THE CITY OF PHILADELPHIA**, <br><br> Defendant. | Civil Action No. 19-4264 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the foregoing Motion for Final Certification of the Collective and Final Approval of Settlement Agreement was filed electronically and made available for viewing and downloading.

                                            **CITY OF PHILADELPHIA**
                                            **LAW DEPARTMENT**

                                            /s/ Daniel R. Unterburger
                                            DANIEL R. UNTERBURGER
                                            Assistant City Solicitor
                                            1515 Arch Street, 16th Floor
                                            Philadelphia, PA 19102
Dated: June 1, 2021                            daniel.unterburger@phila.gov